UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON

RECEIVED
APR 15 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

DAVID BENARROCH                               CIVIL 13-5903(AET)

v.

                                                 O R D E R

VALENTINE & KEBARTAS, INC.


It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 15TH day of April 2014,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

                                            _____
                                            ANNE E. THOMPSON, U.S.D.J.